# UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF NEW HAMPSHIRE

Shaun M. Cook

      v.                                         Civil No. 11-cv-198-JD

Merrimack County
Department of Corrections,
Superintendent, et al

## ORDER PROHIBITING REMOTE ELECTRONIC ACCESS

The Complaint in the above-captioned case contains one or more personal identifiers listed in Fed. R. Civ. P. 5.2(a). Making this information available over the Internet may result in personal or financial harm to the person whose personal information is contained in the Complaint. Therefore, because good cause exists to prohibit a nonparty from obtaining remote electronic access to the Complaint, the clerk shall limit remote access accordingly pursuant to Fed. R. Civ. P. 5.2(e)(2).

      **SO ORDERED**.

                                        /s/ Landya B. McCafferty
                                        Landya B. McCafferty
                                        United States Magistrate Judge

Date: October 26, 2011

cc:    Shaun M. Cook