UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Shaun M. Cook

       v.                                     Civil No. 11-cv-198-JD

Merrimack County Department of Corrections, Superintendent

O R D E R

I herewith approve the Report and Recommendation of Magistrate Judge Landya B. McCafferty dated October 28, 2011, no objection having been filed. The failure to file any objection to the Report and Recommendation precludes any appeal of this case to the First Circuit Court of Appeals. See United States v. De Jesús-Viera, 655 F.3d 52, 57 (1st Cir. 2011) (citing United States v. Lugo Guerrero, 524 F.3d 5, 14 (1st Cir. 2008)); Sch. Union No. 37 v. United Nat'l Ins. Co., 617 F.3d 554, 564 (1st Cir. 2010) (only issues fairly raised by objections to magistrate judge's report are subject to review by district court; issues not preserved by such objection precluded on appeal).

      SO ORDERED.

November 21, 2011                  */s/ Joseph A. DiClerico, Jr.*
                                       Joseph A. DiClerico, Jr.
                                         United States District Judge

cc:    Shaun M. Cook, pro se